IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-CV-2759

PIONEER HOME SOLUTIONS LLC,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY

    Defendant.

## NOTICE OF REMOVAL

DEFENDANT, State Farm Fire and Casualty Company ("State Farm"), by and through its attorneys, Patterson Ripplinger, P.C., pursuant to 28 U.S.C. §§1332(a), 1441 and 1446, respectfully files this Notice of Removal of the above-captioned action from the District Court for the County of Arapahoe, Colorado to the United States District Court for the District of Colorado.

Federal diversity jurisdiction exists under 28 U.S.C. §1332(a) because of a complete diversity of citizenship between Plaintiff and Defendant, and because the amount in controversy exceeds $75,000, exclusive of interest and costs. State Farm states the following grounds for removal:

    1.    On September 21, 2021, Plaintiff Pioneer Home Solutions LLC filed this present lawsuit against State Farm Fire and Casualty Company in the District Court for the County of Arapahoe, Colorado, Case Number 2021 CV 31624. A copy of the Complaint is attached hereto as Exhibit A. A copy of the Civil Case Cover Sheet is attached hereto as Exhibit B. A copy of the Summons is attached hereto as Exhibit C.

2. The Complaint was served on Defendant on September 22, 2021 *See* Affidavit of Service, Exhibit D.

3. On September 21, 2021, the Arapahoe County District Court issued an Order Regarding Plain for Settlement, and a Delay Reduction Order, attached as Exhibits E and F.

4. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being contemporaneously filed with the Clerk of the District Court for the County of Arapahoe, Colorado and a copy has been served on Plaintiff as indicated on the attached certificate of service.

## DIVERSITY OF CITIZENSHIP EXISTS

5. Pursuant to the allegations of the Complaint filed in the District Court for the County of Arapahoe, Colorado, Case Number 2021 CV 31624, Plaintiff is a limited liability company organized under the laws of the State of Colorado. *See* Exhibit A, p.2. Plaintiff is an unincorporated LLC. As an unincorporated association, Plaintiff takes the citizenship of all its members. *Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1234 (10th Cir. 2015) (citations omitted). An individual member's domicile is relevant for determining citizenship. *Id.* at 1238. An individual person's state of domicile is determined at the time lawsuit is filed. *Freeport-McMoRan, Inc. v. K N Energy, Inc.*, 498 U.S. 426, 428 (1991) (noting the "well-established rule that diversity of citizenship is assessed at the time the action is filed.") (Citations omitted). Suit was filed on September 21, 201. Exhibit A. "A person acquires domicile in a state when the person resides there and intends to remain there indefinitely." *Middleton v. Stephenson*, 749 F.3d 1197, 1200 (10th Cir. 2014) (internal citations omitted)). Domicile can be established by numerous factors, with other federal courts holding as follows:

> In divining a party's intent, the court uses a 'totality of the evidence' approach, and no single factor is conclusive. Pertinent factors include the place where civil and political rights are exercised, taxes paid, real and personal property (such as furniture and automobiles)

> located, driver's and other licenses obtained, bank accounts maintained, and places of business or employment. Other factors are relevant, such as whether the person owns or rents his place of residence, how permanent the residence appears, and the location of the person's physician, lawyer, accountant, dentist, stockbroker, etc.

*Greenblatt v. Gluck*, 265 F. Supp. 2d 346, 351 (S.D.N.Y. 2003) (citations omitted).

6. Public Records reflect that Plaintiff's sole owner and member is Michael Lindberg, who is domiciled in Colorado. *See* Exhibit G (Colorado Secretary of State records for Pioneer Home Solutions with Articles of Organization reflection Mr. Lindberg formed the LLC in 2012, and a current Periodic Report reflecting Mr. Lindberg remains the registered agent for the company and lists his home address as his mailing address); and Exhibit H (City of Centennial record certifying Mr. Lindberg is the "sole owner or partner" of Pioneer Home Solutions). In addition to the fact that Mr. Lindberg's place of business, Pioneer Home Solutions, is principally located in Colorado, other public records support that Mr. Lindberg is a citizen of Colorado and intends to remain in Colorado indefinitely. This includes additional evidence demonstrating that the Mr. Lindberg has owned and resided in a home located in Colorado since 2013. *See* Exhibit I (Denver Assessor Records).

7. For diversity purposes, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. §1332(c)(l). Defendant State Farm is and was at the commencement of this action an Illinois corporation with its principal place of business in Illinois. *See* Exhibit J, Secretary of State Summary for State Farm Fire and Casualty Company.

8. The Plaintiff and Defendant are citizens of different States. As such, complete diversity of citizenship exists between the parties.

**THE AMOUNT IN CONTROVERSY EXCEEDS $75,000**

9. A Federal Court has diversity jurisdiction when there is complete diversity of citizenship among the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. *Stuart v. Colorado Interstate Gas Co.,* 271 F.3d 1221, 1224 (10th Cir., 2001). Generally, the amount in controversy may be determined by the allegations contained in the Complaint or, if not dispositive, by the allegations in the Notice of Removal. *Laughlin v. K-Mart Corp.,* 50 F.3d 871, 873 (10th Cir., 1995); *Martin v. Franklin Capital Corp.,* 251 F.3d 1284, 1290 (10th Cir., 2001).

10. In the present matter, Plaintiff alleges in the Complaint that Plaintiff estimated the the cost to repair alleged damages to the subject property as $36,854.37, and that State Farm "unreasonably delayed and denied payment of first-party insurance benefits owed to Plaintiffs," entitling it to "attorneys' fees, court costs and two times the covered benefit." Exhibit D at ¶¶18, 34,39. In summary, Plaintiff claims potential damages in excess of $110,000, before accounting for attorney fees, costs, and interest.

11. The allegations of Plaintiff's Complaint demonstrates that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Therefore, this Court has jurisdiction under 28 U.S.C. §1332(a).

12. Pursuant to D.C.COLO.LCivR 81.1, copies of all process, pleadings and orders are attached and filed with this Notice. They are as follows:

    (a) Complaint, attached as Exhibit A;

    (b) District Court Civil Case Cover Sheet, attached as Exhibit B;

    (c) Summons, attached as Exhibit C;

    (d) Affidavit of Service, attached as Exhibit D;

    (e) Delay Reduction Order, attached as Exhibit E; and

(f) Division 15 Delay Reduction Order and Order Regarding Plain for Settlement, attached as Exhibit F.

## CONCLUSION

Based on the foregoing, Defendant State Farm Fire and Casualty Company has demonstrated that removal of this matter to the United States District Court for the District of Colorado is proper because complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

WHEREFORE, Defendant State Farm Fire and Casualty Company respectfully requests that the United States District Court for the District of Colorado assume jurisdiction of this case and issue such further orders and processes as may be necessary.

DATED this 13th day of October 2021.

Respectfully submitted,

**PATTERSON RIPPLINGER, P.C.**

*s/ Hillary D. Patterson*
Hillary D. Patterson
Franklin D. Patterson
*Attorneys for Defendant*
5613 DTC Parkway, Suite 400
Greenwood Village, Colorado 80111
Telephone: (303) 741-4539
Email:  fpatterson@prpclegal.com
           hpatterson@prpclegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October 2021, a true and correct copy of the above and foregoing **NOTICE OF REMOVAL** was served upon the following via email:

Rodney J. Monheit, Esq.
Katherine E. Goodrich, Esq.
MoGo LLC
600 Seventeenth Street
Denver, Colorado 80202
*(Attorneys for Plaintiff)*

*s/Hillary D. Patterson*
Hillary D. Patterson
hpatterson@prpclegal.com

6