IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-02759-MEH

PIONEER HOME SOLUTIONS LLC,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, Pioneer Home Solutions LLC., and Defendant, State Farm Fire and Casualty Company, have entered into an agreement to resolve this case. The parties will finalize the settlement and file a stipulation to dismiss as soon as practicable.

DATED this 18th day of August, 2022.

                                              Respectfully submitted,

                                              **PATTERSON RIPPLINGER, P.C.**

                                              *s/ Hillary D. Patterson*
                                              Franklin D. Patterson
                                              Hillary D. Patterson
                                              *Attorneys for Defendant*
                                              5613 DTC Parkway, Suite 400
                                              Greenwood Village, Colorado 80111
                                              Telephone: (303) 741-4539
                                              Email: fpatterson@prpclegal.com
                                                         hpatterson@prpclegal.com

1

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 18th day of August, 2022, a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** was served upon the following via CM/ECF:

Rodney J. Monheit, Esq.
Katherine E. Goodrich, Esq.
MoGo LLC
600 Seventeenth Street
Denver, CO 80202
(Attorneys for Plaintiff)

                                            *s/Samantha Macias*
                                            Samantha Macias
                                            smacias@prpclegal.com