IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-02759-MEH

PIONEER HOME SOLUTIONS LLC,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

## STIPULATION FOR DISMISSAL

THE PARTIES, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this case with prejudice with each party to pay their own costs and attorneys' fees.

DATED this 16th day of October, 2022.

***STIPULATED AND AGREED TO:***

| | |
|---|---|
| *s/Katherine E. Goodrich* | *s/Hillary D. Patterson* |
| Rodney J. Monheit, Esq. | Hillary D. Patterson, Esq. |
| Katherine E. Goodrich, Esq. | Franklin D. Patterson, Esq. |
| MoGo LLC | Patterson Ripplinger, P.C. |
| 600 Seventeenth Street | 5613 DTC Parkway, Suite 400 |
| Denver, CO 80202 | Greenwood Village, CO 80111 |
| Telephone: (303) 357-1317 | Telephone: (303) 741-4539 |
| Email: rodney@mogollc.com | Email: fpatterson@prpclegal.com |
|           katie@mogollc.com |           hpatterson@prpclegal.com |
| *Attorneys for Plaintiff Pioneer Home Solutions, LLC* | *Attorneys for Defendant State Farm Fire and Casualty Company* |

1